# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re

**John Richard Dyess**

)
)
)
)  Case No.
)
Debtor(s).  )
)

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case is a true, correct, and complete listing.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED:   July 31, 2017

/s/ John Richard Dyess
Debtor's Signature

Submit this form and your Master Address List to one of the following addresses:

**Sacramento Division**
501 I Street, Suite 3-200
Sacramento, CA 95814

**Modesto Division**
Mailing Address:
501 I Street, Suite 3-200
Sacramento, CA 95814

Physical Address:
1200 I Street, Suite 4
Modesto, CA 95354

**Fresno Division**
2500 Tulare Street, Suite 2501
Fresno, CA 93721

EDC 2-100   (Rev. 7/15/14)

```
John Richard Dyess

Barclay's Mastercard
P.O. Box 60517
City Of Industry, CA 91716

Beverly Dyess
2222 Sawtooth Mountain Dr.
Henderson, NV 89044

Cenlar
Po Box 77404
Ewing, NJ 08628

Specialized Loan Servicing
P.O. Box 636005
Littleton, CO 80163

Subaru Finance
P.O. Box 901037
Fort Worth, TX 76101

Visa - Cardmember Services
P.O. Box 6376
Fargo, ND 58125

Wells Fargo
P.O. Box 10335
Des Moines, IA 50306
```